[Nos. 23897-7-II; 25053-5-II.   Division Two.   November 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN M.
McPHERSON, *Appellant*.
*In the Matter of the Personal Restraint of* STEVEN M.
McPHERSON, *Petitioner*.

Appeal from a judgment of the Superior Court for

Jefferson County, No. 95-1-00150-1, William E. Howard, J., entered September 25, 1998, together with a petition for relief from personal restraint. Judgment *affirmed in part* and *reversed in part* and petition *denied* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Houghton, J.